Elizabeth Zehden, Respondent, v. The Young Men's Christian Association of the City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

James E. Andrews, Respondent, v. George Cohen, Appellant.— Order modifying injunction settled and signed.

Fred L. Conroy, Respondent, v. Standard Mail Order Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

James Cox, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

John J. Curtin, Respondent, v. Clarkson & Ford Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Edith A. Dietz, Respondent, v. John Dietz, Appellant.— Order reversed, without costs, and matter remitted to the Special Term, where the plaintiff may have an opportunity to file answering affidavits, and be heard on the question of a change of venue for the convenience of witnesses. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Eliza J. Filkins, Respondent, v. John Wohlberg, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

William H. Hastrich, Individually and as Executor, etc., of Margaretha Schmalz, Deceased, Appellant, Respondent, v. Paul M. Pilcher and Others, Respondents, Appellants.— Order in so far as appealed from by plaintiff reversed, with ten dollars costs and disbursements to plaintiff, appellant, and order modified by reducing the amount of the undertaking to be given on appeal to $1,500, and by striking out from said order the words "including their respective counsel fees herein, and for the payment and satisfaction of all claims and legacies finally found to be due and payable to the creditors and legatees interested in said estate other than Peter Ungerland and John Ungerland, who have each received their alleged share." The said undertaking may be given within ten days after the entry of the order upon this decision, and shall be approved as to the form thereof by a justice of this court. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Eliza Heinrich, as Executrix, etc., of Jacob Heinrich, Deceased, Respondent, v. First National Bank of Middletown, New York, Appellant.—Judgment and order affirmed, with costs, on the opinion of Mr. Justice Tompkins at Trial Term. (Reported in 83 Misc. Rep. 566.) Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.